United States District Court
Southern District of Texas
**ENTERED**
July 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD JOSE ALVAREZ, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 2:22-CV-00035 |
| UNITED STATES (28 USC 1346), | § § § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason Libby's Memorandum and Recommendation (M&R). (D.E. 18). The parties were provided proper notice of, and the opportunity to object to the Magistrate Judge's M&R. *See* 28 U.S.C. 636(b)(1); FED. R. CIV. 72(b); General Order No. 2002-13. Plaintiff filed what appears as, and what the Court liberally construes as, objections to the M&R. *See* (D.E. 22). Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which the Plaintiff's objections were directed, 28 U.S.C. § 636(b)(1), the Court **OVERRULES** Petitioner's objections (D.E. 22).

Accordingly:

(1) The Court **ADOPTS** the M&R in its entirety. (D.E. 18).

(2) Plaintiff's case is **DISMISSED with prejudice** as frivolous and/or for failure to state a claim for relief.

(3) Plaintiff's D.E. 7, D.E. 10, and D.E. 13 motions are **DENIED as moot**.

(4) This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

1 / 2

(5) The Clerk of Court is **ORDERED** to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

(6) Clerk of Court is **ORDERED** to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
July 13th, 2022